1  ~~ANDRÉ BIROTTE JR.~~
   ~~United States Attorney~~
2  ~~LEON W. WEIDMAN~~
   ~~Assistant United States Attorney~~
3  ~~Chief, Civil Division~~
   ~~JEFFREY CHEN, CSBN 260516~~
4  ~~Special Assistant United States Attorney~~
   ~~Social Security Administration~~
5  ~~160 Spear Street, Suite 800~~
   ~~San Francisco, CA 94105~~
6  ~~Telephone: (415) 977-8939~~
   ~~Facsimile: (415) 744-0134~~
7  ~~Email: Jeffrey.Chen@ssa.gov~~
   ~~Attorneys for Defendant~~

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 29 2012

CENTRAL DISTRICT OF CALIFORNIA
BY shy    DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

YVONNE SANTOS,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.

No. CV 09-8373-AN

~~[PROPOSED]~~
JUDGMENT

The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff.

DATED: May 29, 2012

_____
HONORABLE ARTHUR NAKAZATO
United States Magistrate Judge