~~JAMES P. SHEA (State Bar No. 162483)~~
~~LAW OFFICES OF SUSAN R. WASSERMAN~~
~~5055 Wilshire Blvd., Suite 340~~
~~Los Angeles, CA 90036~~
~~Telephone: 323-954-9600~~
~~Fax: 323-954-9616~~
~~E-mail: lawoffice5750@aol.com~~

~~Attorney for Plaintiff~~

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| YVONNE SANTOS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　Defendant. | NO. CV 09-08373 AN<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

IT IS ORDERED that EAJA fees are awarded in the amount of one thousand, four hundred dollars and no cents ($1,400.00), and costs in the amount of three hundred fifty dollars and no cents ($350.00), subject to the provisions of the EAJA and subject to the terms of the stipulation between the parties.

Dated: June 4, 2012

_____
HON. ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE